Southern District Court of New York

(The southern District Court of New York COURTHOUSE)
—————————————————————————— X

ALI MOORE,
Plaintiff,
DOCKET NO.: _____
FOURTEENTH AMENDED COMPLAINT
-against-
PABLO FERNANDEZ,
THE RUSSELL FREEMAN GROUP,
MORNINGSIDE GARDENS,
CENTRAL INTELLIGENCE AGENCY (CIA),
CIA AGENTS DOES 1–10,
[ADDITIONAL DEFENDANTS, IF ANY]
Defendants.
—————————————————————————— X

BENCH TRIAL DEMANDED
FEDERAL QUESTION / CIVIL RIGHTS JURISDICTION

PRELIMINARY STATEMENT
Valentine Order First: Before Summons
Plaintiff Ali Moore respectfully brings this federal civil rights action under 42 U.S.C. §§ 1983 and 1985, and the Fourth and Fourteenth Amendments to the United States Constitution.
Plaintiff alleges that Pablo Fernandez, acting individually and in concert with the Russell Freeman Group, Morningside Gardens, and federal affiliates including the Central Intelligence Agency (CIA) and unnamed agents, orchestrated and facilitated a coordinated effort to deprive Plaintiff of constitutional rights, including the right to privacy, equal protection, and freedom from unlawful governmental intrusion.
Defendants' collective conduct constituted an unlawful conspiracy under 42 U.S.C. § 1985 to intimidate, surveil, and discriminate against Plaintiff in violation of the Equal Protection Clause. The alleged conspiracy included unauthorized access to private information, unfair treatment motivated by bias, and ongoing acts of intimidation designed to stigmatize and harm Plaintiff socially, emotionally, and financially.

JURISDICTION AND VENUE
Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution and federal civil rights laws of the United States.
Venue is proper in the Harris District Clerks Civil (Harris County Civil Courthouse) under 28 U.S.C. § 1391(b), as substantial parts of the events giving rise to this claim occurred in this District, and defendants either reside in or conduct business within this jurisdiction.

PARTIES
Plaintiff:

Ali Moore – Resident of Baltimore, Maryland, with ancestral and family ties to Texas.
Defendants:
•	Pablo Fernandez – An individual alleged to have directed and participated in a coordinated campaign of harassment and surveillance.
•	The Russell Freeman Group – A collective or organization that acted jointly with other defendants to plan or carry out civil rights violations.
•	Morningside Gardens – Entity or organization that should have been included in earlier filings and is now properly added as a co-conspirator under 42 U.S.C. § 1985.
•	Central Intelligence Agency (CIA) – U.S. federal intelligence agency headquartered in McLean, Virginia.
•	CIA Agents Does 1–10 – Unidentified federal officers involved in the actions alleged in this Complaint.

FACTUAL ALLEGATIONS
1.	Beginning on or about 2024, and continuing through 2025, Plaintiff was subjected to surveillance, intimidation, and discrimination orchestrated by Pablo Fernandez, the Russell Freeman Group, and Morningside Gardens, in coordination with CIA personnel.
2.	On information and belief, these defendants acted jointly to use government or corporate resources to monitor Plaintiff's activities, communications, and private affairs.
3.	Defendants' conduct represented an unlawful interference with Plaintiff's privacy rights protected under the Fourth Amendment, which bars unreasonable searches and seizures.
4.	In addition, the targeting, exclusion, and harassment of Plaintiff were motivated by animus and discrimination, constituting a denial of the equal protection of laws guaranteed by the Fourteenth Amendment.
5.	The acts were not isolated but deliberate, coordinated, and executed pursuant to a common plan to silence and retaliate against Plaintiff for exercising protected rights.
6.	Defendants' actions caused Plaintiff severe emotional distress, reputational harm, financial loss, and continuing deprivation of liberty and security interests.

CLAIMS FOR RELIEF
Count I – Violation of Civil Rights (42 U.S.C. § 1983)
Defendants, acting under color of law, violated Plaintiff's rights under the Fourth and Fourteenth Amendments by engaging in unlawful surveillance, intimidation, and discriminatory action.
Count II – Civil Conspiracy (42 U.S.C. § 1985)
Defendants Pablo Fernandez, the Russell Freeman Group, and Morningside Gardens, in concert with CIA agents, conspired to deprive Plaintiff of equal protection and privileges under the laws of the United States.
Count III – Intentional Infliction of Emotional Distress
The unlawful harassment, targeting, and campaign of intimidation inflicted severe emotional distress on Plaintiff through reckless and malicious actions.
Count IV – Negligence and Gross Negligence

Defendants failed to exercise reasonable care in handling Plaintiff's private information and rights, resulting in violations of federal protections under the Constitution.

Count V – Violations of the Fourth and Fourteenth Amendments

Defendants violated Plaintiff's rights by conducting unauthorized surveillance and discriminatory treatment based on arbitrary or biased motivations, depriving Plaintiff of fundamental liberties and equal protection.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages in an amount to be proven at trial;

B. Award punitive damages in the amount of $32 trillion;

C. Award costs of suit, including attorney's fees pursuant to 42 U.S.C. § 1988;

D. Enjoin Defendants from continuing surveillance, harassment, or discriminatory targeting of Plaintiff; and

E. Grant such other and further relief as the Court deems just and proper.

DEMAND FOR BENCH TRIAL

Plaintiff demands a bench trial on all triable issues.

Respectfully Submitted,

Dated: September 2, 2025

Baltimore, Maryland

Ali Moore
2506 Overland Avenue
Baltimore, MD
Tel: 917-821-4909