UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI MOORE,

                    Plaintiff,

        -against-

PABLO FERNANDEZ, ET AL.,

                    Defendants.

25 CIVIL 010749 (LTS)

**<u>CIVIL JUDGMENT</u>**

For the reasons stated in the June 30, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    July 2, 2026
           New York, New York

                                /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                      Chief United States District Judge